IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-00838-WDM-PAC

WASON RANCH CORPORATION,

    Plaintiff(s),

v.

HECLA MINING CORPORATION, et al.,

    Defendant(s).
_____

## AMENDED ORDER OF REFERENCE TO MAGISTRATE JUDGE
_____

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b), United States Magistrate Judge Patricia A. Coan is designated to conduct proceedings in this civil action as follows:

- (X) Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

- (X) Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

- (X) Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

- (X) Hear and determine pretrial matters, including discovery and other non-dispositive motions.

- (X) Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on the following dispositive motions: doc. nos. 8, 15 & 22.

- (X) Conduct a pretrial conference and enter a pretrial order.

It is ORDERED, that this civil action is referred to the named magistrate judge to

proceed according to the designations marked (X) above.

**The parties are directed to my Pretrial and Trial Procedures available in the Clerk's office or on the court's website: www.cod.uscourts.gov. These govern all proceedings in my court and indicate what my expectations are.**

DATED at Denver, Colorado on January 11, 2006

                                                                        BY THE COURT:


                                                /s/ Walker D. Miller
                                                United States District Judge