IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00838-WDM-PAC

WASON RANCH CORPORATION,

    Plaintiff(s),

v.

HECLA MINING CORPORATION, et al.,

    Defendant(s).

_____

## ORDER STAYING PROCEEDINGS AND VACATING DEADLINES
_____

In accordance with the Recommendation issued this date, and because it is possible that this action will be dismissed, it is

**ORDERED** that Chevron and Hecla's Joint Motion to Stay Discovery Pending A Ruling on Motion to Dismiss [filed December 15, 2005; doc. # 23] is **granted**. It is further

**ORDERED** that all pretrial proceedings are **stayed** pending further order of the court. All deadlines in the Scheduling Order or as extended by the Court are **vacated**. The final pretrial conference set for July 20, 2007 is **vacated**.

                        By the Court:
                        s/Patricia A. Coan
                        Patricia A. Coan
                        Magistrate Judge