IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00838-WDM-PAC

WASON RANCH CORPORATION,

    Plaintiff,

v.

HECLA MINING COMPANY, et al.,

    Defendants.

_____

## NOTICE OF DISMISSAL

_____

The court takes notice of Plaintiff's Notice of Dismissal in accordance with Fed.

R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed without prejudice each party

to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on June 8, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge

PDF FINAL